UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62268-CIV-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMILIO MENDES DIAS CEREJO,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On February 3, 2022, the Court issued an Order (DE [47]) directing Defendant to "either: (a) retain new counsel, and new counsel shall file a Notice of Appearance, or (b) file a Notice of Intent to Proceed *Pro Se*" by February 24, 2022. (DE [47], at 2). Moreover, the Order stated that "[f]ailure to comply with this Order will result in a default judgment against the Defendant." *Id.* Defendant has failed to either retain new counsel or file a Notice of Intent to Proceed *Pro Se*. And Defendant has filed no pleadings seeking relief or an extension of time since the Court's Order (DE [47]). This case is now nearly three years old. Accordingly, it is

    **ORDERED AND ADJUDGED** that **DEFAULT FINAL JUDGMENT** is **ENTERED** against Defendant. The Clerk of the Court is directed to **CLOSE** this case and **DENY AS MOOT** any remaining motions.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of February 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF