UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62268-CIV-SINGHAL/VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMILIO MENDES DIAS CEREJO,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the United States of America's Motion for Entry of Final Money Judgment, filed on March 29, 2022 (the "Motion") (DE [50]). Having considered the motion, and being fully advised in the premises, it is hereby

**ORDERED AND ADJDUDGED** that the motion is **GRANTED**. Judgment will be entered by separate document.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of April 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF